No. 385, Misc.   BEARD v. OHIO; and
No. 487, Misc.   MOORE v. CALIFORNIA.   Applications denied.

No. 488, Misc.   LEE v. RHODE ISLAND;
No. 504, Misc.   BLAKE v. WARDEN, NEW YORK STATE PENITENTIARY;
No. 507, Misc.   HAMEL v. EIDSON, WARDEN;
No. 520, Misc.   IN RE UTTAL;
No. 531, Misc.   EX PARTE BANNING; and
No. 553, Misc.   MACDONALD v. DUNNE, JUDGE, PROBATE COURT OF COOK COUNTY, ILLINOIS.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 602, Misc.   BRINKLEY v. TEXAS.   Motion for leave to file petition for writ of error *coram nobis* denied. *Preston Pope Reynolds* for petitioner.

No. 626.   SCALES v. UNITED STATES.   C. A. 4th Cir. Certiorari granted. *Telford Taylor* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Tompkins, Harold D. Koffsky* and *John H. Davitt* for the United States.

No. 661.   LIGHTFOOT v. UNITED STATES.   C. A. 7th Cir. Certiorari granted. *John J. Abt* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Tompkins* and *Harold D. Koffsky* for the United States.

No. 664.   PAOLI v. UNITED STATES.   C. A. 2d Cir. Certiorari granted. *Daniel H. Greenberg* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.